# United States Court of Appeals

## For the First Circuit

-----

No. 03-1391

SAMUEL CANNAROZZI AND ERICA CANNAROZZI,

Plaintiffs, Appellants,

v.

PETER FIUMARA,

Defendant, Appellee,

STEVEN J. MARULLO; BURNS & LEVINSON, LLP;
ATTORNEYS LIABILITY ASSURANCE SOCIETY, INC.,

Defendants.

-----

ERRATA SHEET

The opinion of this Court issued on June 2, 2004 is amended as follows:

On page 9, lines 8-9:    Delete "factual determinations for clear error and"